UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
WESLEY CURTIS JONES ,

                      Plaintiffs,

       -against-

JOHN DOE, POLICE OFFICER #1 AT THE
SIXTH PRECINCT; GERALDINE HART,
COMMISSIONER OF POLICE; STEVEN
BELLONE, COUNTY EXECUTIVE;

                      Defendants.
----------------------------------------------------------X

For Online Publication Only

**ORDER**
20-CV-4756(JMA)(ST)

**FILED**
**CLERK**
11/3/2020 12:15 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**AZRACK, United States District Judge:**

    Before the Court is the in forma pauperis application filed by incarcerated pro se plaintiff Wesley Curtis Jones ("plaintiff").   For the reasons that follow, the application to proceed in forma pauperis is denied without prejudice and with leave to renew upon completion of the AO 239 Long Form in forma pauperis application ("Long Form") attached to this Order.   Alternatively, plaintiff may remit the $400.00 filing fee.

    Plaintiff reports that he is not employed and that he has not received any income from any source in the past twelve months.   (ECF No. 2, ¶ 2.)   However, plaintiff has annexed a copy of his Inmate Account Statement to his application and it reflects a deposit of $100.00 on August 29, 2020.   (Id., at 3.)   In addition, plaintiff reports that he has no money in cash or in a checking or savings account, does not own anything of value, has no regular monthly expenses, and has no debts or financial obligations.   (Id., ¶¶ 4-6, 8.)

    Given that the responses provided by plaintiff raise more questions than they answer, plaintiff's application is denied without prejudice and with leave to renew upon completion of the long form application enclosed with this Order within twenty one (21) days from the date of this Order.   Alternatively, plaintiff may remit the $400.00 filing fee.   Plaintiff is warned that his

failure to timely comply with this Order may lead to the dismissal of the complaint without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal.   See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).   The Clerk of Court shall mail a copy of this Order to the plaintiff at his address of record.

**SO ORDERED.**

Dated: November 3, 2020
      Central Islip, New York

                                              /s/ (JMA)
                                              JOAN M. AZRACK
                                              UNITED STATES DISTRICT JUDGE